UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELENA CHARTERING INC.,

    Applicant,

– against –

THE BANK OF NEW YORK MELLON, DEUTSCHE BANK TRUST COMPANY AMERICAS, *agent of Deutsche Bank USA*, WELLS FARGO BANK N.A., *and* CITIBANK NA,

    Respondent.

**ORDER**

19 Misc. 535 (ER)

RAMOS, D.J.:

  On April 5, 2020, the Court entered an order granting Helena Chartering's application for discovery. Doc. 8. No action has occurred in this matter since that time. The applicant is ordered to file a status report by August 8, 2020. Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated: July 24, 2020
    New York, New York

                  EDGARDO RAMOS, U.S.D.J.